Griffin Burke
1024 Bayside Drive #448
Newport Beach, CA 92660
Telephone number: (949) 873-4774
Email: gburke8972@gmail.com

Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GRIFFIN BURKE<br><br>    Plaintiff,<br><br> vs.<br><br>TREVOR BASIL; NEWPORT-MESA UNIFIED SCHOOL DISTRICT; SEAN BOULTON; JENNIFER HAYS; NEWPORT BEACH AQUATICS, INC.; DEAN CROW; JAMES FOWLER; JOHN DOBROTT; PARK EDDY; SARA HENRY; CASSIDY BUCKLIN; AND DOES 1-10,<br><br>    Defendants. | Case No. 8:20-cv-00635-JVS-JDEx<br><br>**JUDGMENT ENTRY PURSUANT TO RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE.** |

 The Court previously issued a Memorandum of Opinion and Order order on July 23, 2020 granting the motion filed by Defendants Laura Boss ("Boss"), Sean Boulton ("Boulton"), and Jennifer Hays ("Hays") to dismiss Plaintiff

Griffin Burke's ("Burke") Third Amended Complaint ("TAC"). Mot., ECF No. 48.

The Court finds that there is not just reason for delay in the entry of Judgment. Accordingly, the Judgment is certified and entered on the order dated July 23, 2020 granting the motion filed by Defendants Laura Boss, Sean Boulton, and Jennifer Hays to dismiss Plaintiff's Third Amended Complaint (Mot., ECF No. 48), pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED

October 22, 2020
_____          _____
Date                             James V. Selna, U.S. District Court Judge

2

JUDGMENT ENTRY PURSUANT TO RULE 54(b)
8:20-cv-00635-JVS -JDEx