**BEACH LAW GROUP, LLP**
500 E. ESPLANADE DRIVE, SUITE 1400
OXNARD, CALIFORNIA 93036
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

Thomas E. Beach - State Bar No. 096321
Darryl C. Hottinger - State Bar No. 201870
mail@beachlawgroup.com
Attorneys for Defendants,
NEWPORT BEACH AQUATICS, INC.; DEAN CROW;
THOMAS ROBINSON; JOHN DOBROTT; and PARK EDDY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GRIFFIN BURKE,<br><br>    Plaintiff,<br><br>v.<br><br>TREVOR BASIL; NEWPORT-MESA UNIFIED SCHOOL DISTRICT; NEWPORT BEACH AQUATICS, INC.; DEAN CROW; THOMAS ROBINSON; PARK EDDY; JOHN DOBROTT; AND DOES 1-10,<br><br>    Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No. 8:20-cv-00635-JVS (JDEx)<br><br>Status Conference: September 13, 2021<br>Trial Date: Vacated<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C<br><br>**JUDGMENT ON DEFENDANTS NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, AND PARK EDDY'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF GRIFFIN BURKE** |

This action came on for hearing on June 14, 2021, for defendants NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, and PARK EDDY's Motion for Summary Judgment or for Partial Summary Judgment on the Fourth Amended Complaint of plaintiff GRIFFIN BURKE, in Courtroom 10C, the Hon. James V. Selna, District Judge Presiding.

The evidence presented having been fully considered, and the issues having been duly heard, the Court issued its Order Regarding Defendants' Motion for

1

Summary Judgment on June 21, 2021, granting summary judgment in favor of defendants NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, and PARK EDDY, as against plaintiff GRIFFIN BURKE. [Dkt. No. 214.]

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

(1) Judgment is hereby entered in favor of defendants NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, and PARK EDDY, as against plaintiff GRIFFIN BURKE;

(2) Plaintiff GRIFFIN BURKE shall take nothing as against defendants NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, and PARK EDDY;

(3) The action filed by plaintiff GRIFFIN BURKE is dismissed on the merits as against defendants NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, and PARK EDDY; and

(4) Defendants NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, and PARK EDDY, shall recover their costs as against plaintiff GRIFFIN BURKE, as established by a memorandum of costs to be filed by the defendants after entry of judgment.

Pursuant to Rule 54(b) of the Federal Rules of the Federal Rules of Civil Procedure, the Court finds no just reason for delay in the entry of Judgment.

Dated: July 28, 2021

_____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 E. Esplanade Drive, Suite 1400, Oxnard, California 93036.

On the date set forth below, I served the foregoing document described as: **[PROPOSED] JUDGMENT ON DEFENDANTS NEWPORT BEACH AQUATICS, INC., DEAN CROW, THOMAS ROBINSON, JOHN DOBROTT, AND PARK EDDY'S MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF GRIFFIN BURKE** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☐ **(BY FIRST CLASS MAIL)** I placed the above-named document in an envelope and caused such envelope with postage thereon fully prepaid to be placed for mailing with the United States Postal Service at Oxnard, California. I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in affidavit.

☐ **(BY OVERNIGHT CARRIER)** I placed the above-named document in an envelope or package designated by **[GoldenState Overnight/UPS/Federal Express/Overnite Express]** ("express service carrier") addressed to the parties listed on the service list herein, and caused such envelope with delivery fees paid or provided for to be deposited in a box maintained by the express service carrier. I am "readily familiar" with the firm's practice of collection and processing of correspondence and other documents for delivery by the express service carrier. It is deposited in a box maintained by the express service carrier on that same day in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** I served the above-named document electronically on the parties listed on the service list herein via a Notice of Electronic Filing automatically generated by the CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2021, at Oxnard, California.

Michael Friddle

## SERVICE LIST
*Burke v. Basil, et al.*
USDC Case No. 8:20-cv-00635-JVS (JDEx)

**PLAINTIFFS, IN PRO PER**

Gregory Burke
1024 Bayside Drive, Suite 448
Newport Beach, CA 92660
Phone: (949) 689-7279
gregburke.email@gmail.com.

Griffin Burke
1024 Bayside Drive, Suite 448
Newport Beach, CA 92660
Phone: (949) 873-4774
gburke8972@gmail.com

**ATTORNEYS FOR DEFENDANT, TREVOR W. BASIL**

Mark Lowary, Esq.
Brian T. Gravdal, Esq.
Berman Berman Berman Schneider & Lowary, LLP
701 Palomar Airport Road, Suite 300
Carlsbad, CA 92011
Phone: (760) 931-4870
Fax: (760) 914-4460
melowary@b3law.com
btgravdal@b3law.com
asedler@b3law.com
sbruner@b3law.com

**ATTORNEYS FOR DEFENDANT, NEWPORT-MESA UNIFIED SCHOOL DISTRICT, SEAN BOULTON, JENNIFER HAYS and LAURA BOSS**

Courtney L. Hylton, Esq.
Eleecia Barksdale, Esq.
Lynberg & Watkins
1100 W. Town & Country Road, Suite 1450
Orange, CA 92868
Phone: (714) 937-1010
Fax: (714) 937-1003
chylton@lynberg.com
ebarksdale@lynberg.com
cmacmurtrie@lynberg.com