GREGORY BURKE
1024 BAYSIDE DRIVE STE 448
NEWPORT BEACH, CA 92660
TELEPHONE (949) 329-5222
gregburke.email@gmail.com
Plaintiff in pro per

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY BURKE<br>    PLAINTIFF,<br>VS.<br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT; SEAN BOULTON; JENNIFER HAYS; NEWPORT BEACH AQUATICS, INC.; THOMAS ROBINSON; DEAN CROW; JAMES FOWLER; JOHN DOBROTT; PARK EDDY,<br>    DEFENDANTS. | CASE NO.: 8-20-cv-00635-JVS-JDE<br><br>COMPLAINT FILED: 10/20/2016<br>OCSC: 30-2016-00882380-CU-PO-CJC<br><br>HON. JAMES V. SELNA<br><br>(PROPOSED) ORDER TO REMAND THE REMOVED ACTION TO THE ORANGE COUNTY SUPERIOR COURT. |
| GRIFFIN BURKE<br>    PLAINTIFF,<br>VS.<br>TREVOR BASIL; NEWPORT-MESA UNIFIED SCHOOL DISTRICT; NEWPORT BEACH AQUATICS, INC.; THOMAS ROBINSON; DEAN CROW; JAMES FOWLER; JOHN DOBROTT; PARK EDDY,<br>    DEFENDANTS | |

-1-

ORDER

# ORDER

The case of *Gregory Burke v. Newport Beach Aquatics, Inc., Thomas Robinson, John Dobrott, James Folwer, Dean Crow and Park Eddy* and the case of *Griffin Burke v. Trevor Basil and Newport-Mesa Unified School District* remain consolidated and are remanded to the Orange County Superior Court.

**IT IS SO ORDERED**.

DATED: 8/11/21

**DENIED**
BY ORDER OF THE COURT
_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE