# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GRIFFIN BURKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TREVOR BASIL; NEWPORT-MESA UNIFIED SCHOOL DISTRICT; SEAN BOULTON; JENNIFER HAYS; AND DOES 1-10<br><br>　　　　Defendants. | CASE NO: 8:20-cv-00635-JVS-JDE<br><br>**Assigned for All Purposes to**<br>***Hon. James V. Selna -*** Courtroom 10C<br><br>**JUDGMENT** |

The arguments having been presented and fully considered, and in accordance with the Court's June 21, 2021 Order granting Defendants NEWPORT-MESA UNIFIED SCHOOL DISTRICT; SEAN BOULTON; and JENNIFER HAYS, Motion for Judgment on the Pleadings against Gregory Burke, it is therefore now **ORDERED, ADJUDGED, and DECREED** that judgment is entered in this action as follows:

1. Judgment is hereby entered in favor of Defendants Newport-Mesa Unified School District, Sean Boulton, and Jennifer Hays and against Plaintiff Gregory Burke;

2. Plaintiff Gregory Burke shall recover nothing from Defendants Newport-Mesa Unified School District, Sean Boulton, and Jennifer Hays;

3. This Court having found the following: Plaintiff Gregory Burke's Third Amended Complaint failed to make allegations or state a claim for which relief could be granted against Newport Mesa Unified School District, Sean Boulton, and Jennifer Hays; Plaintiff failed to plead compliance with the California Tort Claims Act; Plaintiff failed to state an authorizing statute for government tort liability; and the claims alleged by Plaintiff against Newport Mesa Unified School District, Sean Boulton, and Jennifer Hays are time barred, hereby dismisses Plaintiff Gregory Bruke's Third Amended Complaint, in its entirety without leave to amend, as to Defendants Newport-Mesa Unified School District, Sean Boulton, and Jennifer Hays; and

4. Defendants Newport-Mesa Unified School District, Sean Boulton, and Jennifer Hays may seek recovery of allowable costs from Plaintiff Gregory Burke in conformity with the applicable law and as determined by the court after entry of judgment.

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delaying the entry of this Judgment

**IT IS SO ORDERED.**

DATED: September 16, 2021

_____
HON. JAMES V. SELNA
United States District Judge