**FILED**

OCT 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GREGORY M. BURKE, <br><br> Plaintiff-Appellant, <br><br> and <br><br> GRIFFIN BURKE, <br><br> Plaintiff, <br><br> v. <br><br> NEWPORT-MESA UNIFIED SCHOOL DISTRICT; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> TREVOR BASIL; et al., <br><br> Defendants. | No. 21-56081 <br><br> D.C. No. 8:20-cv-00635-JVS-JDE <br> Central District of California, Santa Ana <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry No. 4) is granted. The Clerk will update the docket to reflect this status.

The opening brief is due January 10, 2022. The answering brief is due February 9, 2022. The optional reply brief is due within 21 days after service of the answering brief.

AT/MOATT

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record. *See* 9th Cir. R. 30-1.3. If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See id.*