UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREGORY M. BURKE,<br><br>        Plaintiff-Appellant,<br><br>and<br><br>GRIFFIN BURKE,<br><br>        Plaintiff,<br><br> v.<br><br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT; et al.,<br><br>        Defendants-Appellees,<br><br>and<br><br>TREVOR BASIL; et al.,<br><br>        Defendants. | No.  21-56081<br><br>D.C. No. 8:20-cv-00635-MEMF-JDE<br>Central District of California, Santa Ana<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 47) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

DC/Pro Se

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Diana Cruz
Deputy Clerk
Ninth Circuit Rule 27-7