UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 20-00635-MEMF-(JDEx) | Date | May 11, 2023 |
| Title | Griffin Burke, et al. v. Trevor Basil, et al. | | |

PRESENT: Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

| Kelly Davis | Miranda Algorri |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:
Gregory Burke, pro se (via Zoom)
Griffin Burke, pro se (via Zoom)

Attorneys Present for Defendant:
Brian Gravdal (via Zoom)
Darryl Hottinger (in person)
Rosemary Do (via Zoom)

**PROCEEDINGS:   MOTION HEARING (Held and Completed)**

Case called. Court and counsel confer re the Motion to Enforce Settlement filed by Plaintiff [345] and Plaintiff Gregory Burke's Motion to Set Aside the Settlement Agreement between Plaintiff Gregory Burke and Defendants Newport Beach Aquatics, Inc., Thomas Robinson, Dean Crow, James Fowler, John Dobrott, Park Eddy, and Place the Matter Back on the Trial Calendar [356], and the Plaintiff Griffin Burke's Request to Dismiss Defendant Only Newport-Mesa Unified School District [359] [361]. The parties submit on the Court's tentative ruling. The Court's order will issue consistent with the tentative. Plaintiffs inform the Court that a dismissal with prejudice will be forthcoming after certain conditions are met within 30 days.

| | : 05 |
|---|---|
| Initials of Deputy Clerk | kd |