Griffin Burke
1024 Bayside Drive #448
Newport Beach, CA 92660
Telephone: (949) 873-4774
Email: gburke8972@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GRIFFIN BURKE | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:20-cv-00635-MEMF-JDE |
| v. | |
| TREVOR BASIL; NEWPORT MESA UNIFIED SCHOOL DISTRICT | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Trevor Basil

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Griffin Burke.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

*[signature: Griffin Burke]*

May 26, 2023
*Date*                                                         *Signature of Attorney/Party*

*NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*__F.R.Civ.P. 41(c):__ Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE

I am over the age of eighteen (18) and am not a party to the within action. My address is 1024 Bayside Drive, #448, Newport Beach, CA 92660; tel. (949) 329-5222.

1. I served a copy of the following document:

   DISMISSAL

2. The Document was served on:

   a. Darryl Hottinger, Beach Law Group, 500 E. Esplanande Dr., Ste 1400, Oxnard, CA 93036. Email: DHottinger@beachlawgroup.com
   b. GriffinBurke, 1024 Bayside Drive #448, Newport Beach, CA 92660. Email: Gburke8972@gmail.com
   c. GregoryBurke, 1024 Bayside Drive #448, Newport Beach, CA 92660. Email: gregburke.email@gmail.com
   d. Mark E. Lowry, Berman, Berman & Berman, 701 Palomar Airport Rd., Ste. 300, Carlsbad, CA 92011. Email: Melowary@b3law.com
   e. Courtney Hylton, Lynberg & Watkins, 1100 Town & Country Road # 1450, Orange, CA 92868. Email: chylton@lynberg.com
   f. Jessica M. Helliwell, Helliwell Law Firm, 27758 Santa Margarita Pkwy #509, Mission Viejo, CA 92691. Email: Jessica@helliwelllawfirm.com
   g. Lucia Coyoca, Mitchell Silberg, 11377 W. Olympic Blvd., Los Angeles, CA 90064. Email: lec@msk.com

3. By E-Service: The above listed document(s) were electronically served via the USDC Central District's CM/ECF system and the Notice of Electronic Filing (NEF) indicates the registered party and/or attorney were served with the above documents. If the Document was not filed with the Court, then it was served on all parties by E-Mail to the address identified above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed this day: JUNE 7, 2023

By:_____
    Christina Burke